FILED

Feb 16 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BRIAN ALVARENGA,<br>Defendant. | Case No. 20-cr-00317-JSW-13   (VKD)<br><br>**DETENTION ORDER** |

The United States moves for detention of defendant Brian Alvarenga. The Court held a hearing on the motion on February 16, 2021. Mr. Alvarenga appeared by video conference and was represented by counsel. Mr. Alvarenga waived written findings, and the United States does not object to that waiver.

The Court has considered the United States' written motion, the parties' presentations and arguments at the hearing, and proffers of evidence, as well as the factual findings contained in the reports Pretrial Services provided. The Court has considered the factors set forth in 18 U.S.C. § 3142(g). For the reasons stated on the record during the hearing, the Court concludes that there are no conditions or combination of conditions of release that would reasonably assure Mr. Alvarenga's appearance and the safety of others and the community. Accordingly, the Court concludes that Mr. Alvarenga should be detained pending further proceedings in this case.

Mr. Alvarenga is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Mr. Alvarenga shall be afforded a reasonable opportunity for private consultation with defense counsel. On order

of a court of the United States or on the request of an attorney for the United States, the person in charge of the corrections facility shall deliver Mr. Alvarenga to the United States Marshal for the purpose of appearances in connection with court proceedings.

**IT IS SO ORDERED.**

Dated: February 16, 2021

VIRGINIA K. DEMARCHI
United States Magistrate Judge