1  MOEEL LAH FAKHOURY LLP
   Hanni M. Fakhoury (State Bar No. 252629)
2  1300 Clay Street, Suite 600
   Oakland, CA 94612
3  Telephone:   (510) 500-9994
   Email:       hanni@mlf-llp.com
4

5  Attorneys for Brian Alvarenga

6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                       OAKLAND DIVISION

10

11  UNITED STATES OF AMERICA,      |  Case No.: 4:20-CR-00317-JSW-13
12            Plaintiff,            |  **AMENDED STIPULATION AND [PROPOSED] ORDER VACATING STATUS HEARING AND SETTING COMBINED ADMISSION AND SENTENCING HEARING** AND SETTING DEADLINES
13       v.                         |
14  BRIAN ALVARENGA,                |
15            Defendant.            |  Hearing Date:  October 4, 2022
                                    |  Hearing Time:  12:00 p.m.
16

17       Mr. Alvarenga is charged in a Form 12 petition with violating the conditions of his supervised

18  release. He is currently in custody and a telephonic status conference is set for October 4, 2022. Mr.

19  Alvarenga is prepared to enter an admission to the petition and so the parties jointly request the Court

20  vacate the status conference and set a combined, in person admission and sentencing hearing on

21  December 6, 2022 at 9:30 a.m. This date has been cleared with the Courtroom Deputy, and the

22  probation officer is available to appear on that day.

23

24

25

26

27

28

---

AMENDED STIPULATION AND [PROPOSED] ORDER VACATING STATUS HEARING AND SETTING DISPO HEARING
*United States v. Alvarenga*, 4:20-CR-00317-JSW-13

                                         1

IT IS SO STIPULATED.

Dated: September 30, 2022     MOEEL LAH FAKHOURY LLP

/S
HANNI M. FAKHOURY
Attorneys for Brian Alvarenga

Dated: September 30, 2022     STEPHANIE M. HINDS
United States Attorney
Northern District of California

/S
CYNTHIA JOHNSON
Special Assistant United States Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

AMENDED STIPULATION AND [PROPOSED] ORDER VACATING STATUS HEARING AND SETTING DISPO HEARING
*United States v. Alvarenga*, 4:20-CR-00317-JSW-13

2

**[PROPOSED] ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby vacates the telephonic status hearing set for October 4, 2022, and sets an in person admission and sentencing hearing for December 6, 2022 at 9:30 a.m. in the Oakland courthouse.

**IT IS SO ORDERED.** The Probation Officer shall file a sentencing recommendation by November 22, 2022, and the parties shall file sentencing memoranda by November 29, 2022.

DATED: September 30, 2022

_____
HONORABLE JEFFREY S. WHITE
Senior United States District Judge

cc: USPO Xitlalli Bobadilla (by email)